ORIGINAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S JUST LUNCH INTERNATIONAL LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Armstrong, individually,<br><br>Defendant. | CASE NO. 05 CV 2033 BEN (NLS)<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO DISMISS CASE WITHOUT PREJUDICE<br><br>Courtroom 3, 4th Flr.<br><br>Judge:     Hon. Roger T. Benitez |

Plaintiff It's Just Lunch International, LLC's *ex parte* application to dismiss case, *without prejudice*, is hereby granted; this case is dismissed, *without prejudice*.

IT IS SO ORDERED:

Dated: 9/25/06

_____
Roger T. Benitez

ORIGINAL

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF SAN DIEGO      )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within this action; my business address is 750 B St., 21st Flr., San Diego, California 92101. On September 21, 2006, I caused to be served the foregoing document(s) described as *EX PARTE* **APPLICATION TO DISMISS CASE WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope(s) addressed as follows:

Max Ralph Tarbox, Esq.
LAW OFFICES OF MAX R.TARBOX
3223 S. Loop 289, Suite 414
Lubbock, TX  79423
(806) 780-5955
Attorney for Defendant/Debtor

[ x ] **BY MAIL:** I placed true copies of the foregoing document(s) in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at 750 B St., San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ] **BY OVERNIGHT MAIL:** I placed true copies of the foregoing documents in a sealed Federal Express package on the above/attached service list.

[  ] **BY FAX:** I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

[ x ] **(FEDERAL COURT)** I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2006 at San Diego, California.

Algene Adams